**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| DEL MONTE FRESH PRODUCE N.A., INC. | ) |
| | ) CASE NO: 3:25-cv-00298-LEK-ML |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BLJR DISTRIBUTION, LLC, | ) |
| d/b/a Behlog Foodservice, | ) |
| BRADLEY K. HURLBURT, | ) |
| LEON B. HURLBURT, | ) |
| ALBERT PALERMO, BLJR | ) |
| LEASING, LLC, and | ) |
| PETER BEHLOG | ) |
| | |
| Defendants. | |

**DEFAULT JUDGMENT AGAINST DEFENDANTS**
**BLJR DISTRIBUTION, LLC D/B/A BEHLOG FOODSERVICE, BRADLEY K.**
**HURLBURT, LEON B. HURLBURT, ALBERT PALERMO, BLJR LEASING, LLC AND**
**PETER BEHLOG, JOINTLY AND SEVERALLY**

The Court now considers the Motion of Plaintiff Del Monte Fresh Produce N.A., Inc. ("Del Monte" or "Plaintiff") for Default Judgment against Defendants BLJR Distribution, LLC d/b/a Behlog Foodservice, Bradley K. Hurlburt, Leon B. Hurlburt, Albert Palermo, BLJR Leasing, LLC and Peter Behlog (collectively "Default Defendants"). Also before the Court to evidence liquidated damages and to comply with Local Rules are two (2) Declarations in Support with annexed exhibits thereto.

The Court finds proper service of the Motion papers has been made upon the Default Defendants via regular U.S. Mail, postage pre-paid, and that the Default Defendants have not responded to the Motion.

Further, the Court finds that this civil action was commenced on March 6, 2025. The Court further finds that the Default Defendants were personally and properly served with the Summons and Complaint or First Amended Complaint via professional process server, that the calculated answer date has passed for all Default Defendants, and that the executed Returns of Service have been filed with the Court.

Further, the Court finds that the Clerk's Entry of Default was entered on June 16, 2025 (Doc. No. 29) thereby making all the well-plead facts in the Complaint regarding liability uncontested, true and conclusive.

Based on all the pleadings and evidence before the Court, the Motion is well-taken and GRANTED and Default Judgment is hereby rendered in favor of Plaintiff and against the Default Defendants, jointly and severally. The Plaintiff is the prevailing party as to all pertinent causes of action asserted against these defendants in the First Amended Complaint.

Further, the Court finds that sufficient evidence of damages has been presented, that damages are readily capable of mathematical computation and that a hearing is therefore not necessary. Principal damages are awarded as set forth in Plaintiff's First Amended Complaint and in the Declaration In Support relating to the damages statement and annexed exhibits thereto.

Further, the Court finds that Plaintiff has made a successful claim for pre-judgment interest based on express contractual language on the face of each invoice issued to the Defendants as a bargained term and condition of sale, and therefore interest at the rate of 1.5% per month (18% per annum) from the due date of each unpaid invoice through June 30, 2025, calculated at $3,803.13 shall be added to this Judgment.

Further, the Court finds that because Plaintiff asserted causes of action in the Complaint for dissipation / misappropriation of trust assets and breach of fiduciary duty under the Perishable

Agricultural Commodities Act ("PACA"), 7 U.S.C. §499 *et seq.*, wherein Plaintiff is a qualified and perfected PACA trust beneficiary, this Judgment is non-dischargeable in any of Defendants' subsequent bankruptcy proceedings pursuant to 11 U.S.C. §523(a).

It is therefore ORDERED and ADJUDGED:

That non-dischargeable Judgment is hereby rendered in favor of Plaintiff Del Monte Fresh Produce N.A., Inc. and against Defendants BLJR Distribution, LLC d/b/a Behlog Foodservice, Bradley K. Hurlburt, Leon B. Hurlburt, Albert Palermo, BLJR Leasing, LLC and Peter Behlog, jointly and severally, in the principal amount of $34,306.04 plus pre-judgment interest of $3,803.13 up to and including June 30, 2025 and continuing thereafter at the rate of $16.92 per day until the entry date of this Judgment, plus continuing post-judgment interest at the current federal statutory rate of 3.79% per annum until paid in full;

That Plaintiff is hereby granted leave of fourteen (14) days to file a Motion for Attorney Fees and Costs in accordance with Fed. R. Civ. P. 54(d);

That Defendants violated the PACA and the Code of Federal Regulations promulgated thereunder by failing to preserve the statutory trust for Plaintiff's benefit;

That Defendants, their agents, servants and employees are ordered to turn over to Plaintiff's counsel all proceeds of produce sales of Defendants, all accounts receivable generated by produce sales of Defendants, and all assets into which these proceeds have been commingled to the extent that Plaintiff is paid in full as required by 7 U.S.C. §499(e)(c)2 and in enforcement of the PACA trust;

That payment and satisfaction of this Judgment can be directed to Plaintiff's counsel at Martyn and Associates Co., LPA, Attn: Mark A. Amendola, Esq., 820 W. Superior Avenue, 10th Floor, Cleveland, OH 44113, (216) 861-4700, mamendola@martynlawfirm.com; and

That there is no just reason for delay in entering this <u>Judgment</u> for which sums let execution issue.

**IT IS SO ORDERED.**

 March 31, 2026
**DATED**                                      **HON. LAWRENCE E. KAHN**
                                              **SENIOR U. S. DISTRICT JUDGE**